(94 South. 370)

No. 25642.

### STATE v. MARCELLO.

(Nov. 27, 1922.)

*(Syllabus by Editorial Staff.)*

Criminal law ⚖1087(½)—Appeal dismissed in absence of bill of exceptions, motion for new trial, or in arrest or assignment of error.

An appeal from a conviction on a plea of guilty will be dismissed, where the record contains no bill of exception, motion for new trial, motion in arrest of judgment, or assignment of error.

Appeal from Criminal District Court, Parish of Orleans; Richard A. Dowling, Judge.

Jacob Marcello was convicted of an offense, and he appeals. Appeal dismissed.

Jacob Marcello, in pro. per.

A. V. Coco, Atty. Gen., Robert H. Marr, Dist. Atty., and Thomas V. Craven, Asst. Dist. Atty., both of New Orleans (T. S. Walmsley, of New Orleans, of counsel), for the State.

By the WHOLE COURT.

PROVOSTY, C. J. The accused having pleaded guilty, and there being in the record no bill of exception, motion for new trial, motion in arrest of judgment, nor assignment of error,

Appeal dismissed.

O'NIELL, J., being absent from the state, takes no part in the decision of this case.